**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
SHARON PARIS and CRAIG PARIS, :
                               :     Civ. No.12-7355 (NLH/JS)
          Plaintiffs,          :
                               :
     v.                        :
                               :     **ORDER**
PENNSAUKEN SCHOOL DISTRICT,     :
PENNSAUKEN SCHOOL BOARD OF      :
EDUCATION, TAMEKA MATTHEWS,     :
MARIANNE ANTCZAK, and JANETTE   :
BRUNSON,                        :
                               :
          Defendants.          :
_____:


**HILLMAN, District Judge:**

     **AND NOW**, upon consideration of Plaintiffs Sharon Paris and

Craig Paris's Complaint [Docket No. 1], Plaintiffs' Request for

Clerk's Entry of Default [Docket No. 2], Defendants Pennsauken

School District and Pennsauken Board of Education's (hereinafter

"the Pennsauken School Defendants") Motion to Vacate Clerk's

Entry of Default [Docket No. 5], Plaintiffs' Response in

Opposition [Docket No. 6], Plaintiff's Request for Default to be

Entered Against Defendants Tameka Matthews, Marianne Antczak,

and Janette Brunson [Docket No. 7], Defendants' Letter [Docket

No. 8], Plaintiffs' Reply and Sur-Reply [Docket Nos. 9 & 10],

and Plaintiffs' Motion for Default Judgment [Docket No. 12],

**IT IS HEREBY**, on this __9th__ day of __August__, 2013

**ORDERED** as follows:

(1) Defendants' Motion to Vacate Clerk's Entry of Default [Docket No. 5] is **GRANTED**; and

(2) Defendants' request for an unspecified addition amount of time to respond to Plaintiffs' Complaint is **GRANTED**. Defendants shall have **twenty-one (21) days** from the date of the entry of this Order to file their responsive papers; and

(3) Plaintiffs' Motion for Default Judgment as to all Defendants [Docket No. 12] is **DENIED**; and

(4) To the extent Plaintiffs sought Rule 11 sanctions against Defendants in their Response in Opposition to Defendants' Motion to Vacate Clerk's Entry of Default [Docket No. 6], such a request is **DENIED**; and

(5) The Clerk of Court is hereby directed to **VACATE** entry of default against the Pennsauken School Defendants.

It is **SO ORDERED**.

*/s/ Noel L. Hillman*

At Camden, New Jersey _____
NOEL L. HILLMAN, U.S.D.J.